UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

      SHEILA L. HUNT,                              Case No. 14-22374-dob
           Debtor.                         Chapter 7 Proceeding
                                           Hon. Daniel S. Opperman

_____/

SHEILA L. HUNT,
      Plaintiff,

v.                                             Adversary Proceeding
                                           Case No. 15-2016-dob

MICHIGAN DEPARTMENT OF STATE
and STATE OF MICHIGAN,
      Defendants.

_____/

ORDER CANCELLING TRIAL AND ESTABLISHING BRIEFING SCHEDULE

On January 21, 2016, the Court held a Final Pretrial Conference regarding this matter. After consultation with counsel, the Court concluded that there are no factual issues for Trial, but that this case was ready for submission on briefs.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Plaintiff must file a motion and brief on or before March 11, 2016;

IT IS FURTHER ORDERED that the Defendant must file a responsive brief on or before April 15, 2016;

IT IS FURTHER ORDERED that the Plaintiff may file a reply brief on or before April 29, 2016;

IT IS FURTHER ORDERED that the Trial in this matter is cancelled.

**Signed on January 25, 2016**

                                       **/s/ Daniel S. Opperman**
                                      **Daniel S. Opperman**
                                        **United States Bankruptcy Judge**